# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 17-7103**  **September Term, 2017**

1:17-cv-01142-UNA

**Filed On: January 17, 2018** [1713276]

Richard M. Fleming,

    Appellant

  v.

Iowa Board of Medical Examiners and
Board Members, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of November 22, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:    /s/
                        Ken R. Meadows
                        Deputy Clerk

Link to the judgment filed November 22, 2017